■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURT RICHMAN, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Petition converted to a CPLR article 78 proceeding (CPLR 103, subd [c]) and judgment unanimously affirmed for the reasons stated in the memorandum decision at Wyoming County Court. (Appeal from judgment of Wyoming County Court—habeas corpus.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.

■ GTP LEISURE PRODUCTS, INC., Appellant, v B-W FOOTWEAR COMPANY, INC., Respondent.—Order unanimously affirmed, with costs, upon the opinion at Special Term. (Appeal from order of Onondaga Supreme Court—strike defense, summary judgment.) Present—Dillon, P. J., Cardamone, Simons, Doerr and Moule, JJ.

■ RAYMOND E. RUHLMANN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 57823.)—Order unanimously affirmed, without costs. Memorandum: We affirm for the reasons stated in the Court of Claims. Since the court's decision, we have held that the amendment to the Court of Claims Act (§ 10, subd 6, as amd by L 1976, ch 280) is inapplicable to a claim when the time within which the court could have exercised its discretion to allow late filing of that claim under the previous statute had elapsed prior to the effective date of the amendment *(Fuoco v State of New York,* 64 AD2d 1030; see *Sessa v State of New York,* 63 AD2d 334). (Appeal from order of Court of Claims—late claim.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.